1    **WO**

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6                        FOR THE DISTRICT OF ARIZONA

7

8    United States of America,            )
                                          )        10-04085MP-001-PCT-MEA
9              Plaintiff,                  )
                                          )        **ORDER**
10   vs.                                   )
                                          )
11                                         )
                                          )
12   Michael Chance Gilbertson,            )
                                          )
13             Defendant.                  )
     _____)

14

15

16        The defendant appeared in court with counsel. The defendant's probable cause hearing

17   was submitted and his detention hearing was held by defendant through defense counsel.

18   The Court finds probable cause to believe the defendant violated the terms of his supervised

19   probation as alleged in the petition.

20        IT IS ORDERED that the defendant is detained as flight risk and danger, pending

21   further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he

22   is not a flight risk or a danger.

23        DATED this 22nd day of December, 2010.

24

25   _____
                    Mark E. Aspey
26            United States Magistrate Judge

27

28